Fred A. Jacobs, Appellee, v. Albert J. Weil, Appellant.

Gen. No. 9,607.

opinion filed February 7, 1941; rehearing denied March 17, 1941. Clarence W. Heyl and Robert E. Kavanaugh, for appellant; Irving L. Block and Harold Sternfield, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''